# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 21, 2023

Mr. Nicholas J. Bronni
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

      RE:  23-2681  Dylan Brandt, et al v. Tim Griffin, et al

Dear Counsel:

      The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      **We note the docketing fee is pending. Please pay the $505 docket and filing fees to the district court clerk immediately. Failure to pay the fee will result in issuance of an order to show cause why the appeal should not be dismissed.**

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

      Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

If you have any questions about the schedule or procedures for the case, please contact our office

Michael E. Gans
Clerk of Court

AEV

Enclosure(s)

cc: Mr. Garrard R. Beeney
    Mr. Michael A. Cantrell
    Ms. Clerk, U.S. District Court, Eastern District of Arkansas
    Ms. Leslie Cooper
    Ms. Karen Dellinger
    Ms. Sharon Elizabeth Echols
    Mr. James D. Esseks
    Ms. Sarah C. Everett
    Ms. Valarie Flora
    Ms. Lauren Maisel Goldsmith
    Mr. Aviv S. Halpern
    Ms. Elaine M Hinson
    Mr. Alexander S. Holland
    Mr. Dylan L. Jacobs
    Mr. Jonathan G. Lester
    Mr. Peter Drake Mann
    Ms. Maxime D. Matthew
    Mr. Li Nowlin-Sohl
    Ms. Laura Kabler Oswell
    Mr. Daniel J. Richardson
    Mr. Chase B. Strangio
    Ms. Hannah Lorraine Templin
    Mr. Christopher L. Travis
    Ms. Breean Walas

District Court/Agency Case Number(s): 4:21-cv-00450-JM

**Caption For Case Number: 23-2681**

Dylan Brandt, by and through his mother Joanna Brandt; Joanna Brandt; Sabrina Jennen, by and through her parents Lacey and Aaron Jennen; Lacey Jennen; Aaron Jennen; Brooke Dennis, by and through her parents Amanda and Shayne Dennis; Amanda Dennis; Shayne Dennis; Parker Saxton, by and through his father Donnie Saxton; Donnie Saxton; Michele Hutchison, on behalf of herself and her patients; Kathryn Stambough, on behalf of herself and her patients

    Plaintiffs - Appellees

v.

Tim Griffin, in his official capacity as the Arkansas Attorney General; Amy E. Embry, in her official capacity as the Executive Director of the Arkansas State Medical Board; Michael J. Birrer, in official capacity as member of the Arkansas State Medical Board; Christopher D. Davis, in official capacity as member of the Arkansas State Medical Board; John H. Scribner, in official capacity as member of the Arkansas State Medical Board; Elizabeth Anderson, in official capacity as member of the Arkansas State Medical Board; C. Wesley Kluck, in official capacity as member of the Arkansas State Medical Board; Edward Gardner, "Ward"; in official capacity as member of the Arkansas State Medical Board; Rodney Griffin, in official capacity as member of the Arkansas State Medical Board; Betty Guhman, in official capacity as member of the Arkansas State Medical Board; Brian L. McGee, in official capacity as member of the Arkansas State Medical Board; Timothy C. Paden, in official capacity as member of the Arkansas State Medical Board; Don R. Philips, in official capacity as member of the Arkansas State Medical Board; Matthew A. Sellers, in official capacity as member of the Arkansas State Medical Board; Brad A. Thomas, in official capacity as member of the Arkansas State Medical Board; Veryl D. Hodges, in official capacity as member of the Arkansas State Medical Board

    Defendants - Appellants

**Addresses For Case Participants:   23-2681**

Mr. Nicholas J. Bronni
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Mr. Garrard R. Beeney
SULLIVAN & CROMWELL
2720
125 Broad Street
New York, NY  10004-2498

Mr. Michael A. Cantrell
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Ms.  Clerk, U.S. District Court, Eastern District of Arkansas
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Ms. Leslie Cooper
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
18th Floor
18th Floor
125 Broad Street
New York, NY  10004-2400

Ms. Karen Dellinger
RICHARD SHEPPARD ARNOLD U.S. COURTHOUSE
C-115
500 W. Capitol Avenue
Little Rock, AR  72201

Ms. Sharon Elizabeth Echols
GILL & RAGON
Suite 3800
425 W. Capitol Avenue
Little Rock, AR  72201-0000

Mr. James D. Esseks
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
18th Floor
125 Broad Street
New York, NY  10004-2400

Ms. Sarah C. Everett
AMERICAN CIVIL LIBERTIES UNION
ACLU of Arkansas
Suite 1
904 W. Second Street
Little Rock, AR  72201-5727

Ms. Valarie Flora
RICHARD SHEPPARD ARNOLD U.S. COURTHOUSE
Room C-118
500 W. Capitol Avenue
Little Rock, AR  72201

Ms. Lauren Maisel Goldsmith
SULLIVAN & CROMWELL
125 Broad Street
New York, NY  10004-2498

Mr. Aviv S. Halpern
SULLIVAN & CROMWELL
550 Hamilton Avenue
Palo Alto, CA  94301-2010

Ms. Elaine M Hinson
C411
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Mr. Alexander S. Holland
SULLIVAN & CROMWELL
125 Broad Street
New York, NY  10004-2498

Mr. Dylan L. Jacobs
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Mr. Jonathan G. Lester
SULLIVAN & CROMWELL
125 Broad Street
New York, NY  10004-2498

Mr. Peter Drake Mann
GILL & RAGON
Suite 3800
425 W. Capitol Avenue
Little Rock, AR  72201-0000

Ms. Maxime D. Matthew
SULLIVAN & CROMWELL
125 Broad Street
New York, NY 10004-2498

Mr. Li Nowlin-Sohl
AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.
Immigrants' Rights Project
125 Broad Street
New York, NY 10004-0000

Ms. Laura Kabler Oswell
SULLIVAN & CROMWELL
550 Hamilton Avenue
Palo Alto, CA 94301-2010

Mr. Daniel J. Richardson
SULLIVAN & CROMWELL
1700 New York Avenue, N.W.
Washington, DC 20005

Mr. Chase B. Strangio
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
18th Floor
125 Broad Street
New York, NY 10004-2400

Ms. Hannah Lorraine Templin
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR 72201-0000

Mr. Christopher L. Travis
GILL & RAGON
Suite 3800
425 W. Capitol Avenue
Little Rock, AR 72201-0000

Ms. Breean Walas
WALAS LAW FIRM
711 W. Third Street
Little Rock, AR 72201