# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

**Case Title:** Dylan Brandt, et al. vs. Tim Griffin, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 23-2681 **for the following party(s): (please specify)**

Tim Griffin, Amy E. Embry, Michael J. Birrer, Christopher D. Davis, John H. Scribner, Elizabeth Anderson, C. Wesley Kluck, Edward Gardner, Rodney Griffin, Betty Guhman, Brian L. McGee, Timothy C. Paden, Don R. Philips, Matthew A. Sellers, Brad A. Thomas, and Veryl D. Hodges

[✓] Appellant(s) [ ] Petitioner(s) [ ] Appellee(s) [ ] Respondent(s) [ ] Amicus Curiae [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Michael A. Cantrell  s/: /s/ Michael A. Cantrell
Firm Name: Office of the Arkansas Attorney General
Business Address: 323 Center Street, Suite 200
City/State/Zip: Little Rock, AR 72201
Telephone Number (Area Code): 501-682-2401
Email Address: Michael.Cantrell@ArkansasAG.gov

## CERTIFICATE OF SERVICE

[✓] I hereby certify that on 8-4-2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: