No. 23-2681

# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

DYLAN BRANDT, et al.,
Plaintiffs-Appellees,

v.

TIM GRIFFIN, et al.,
Defendants-Appellants.

On Appeal from the United States District Court
for the Eastern District of Arkansas
No. 5:21-CV-450 (Hon. James M. Moody, Jr.)

**Designation of Record**

Pursuant to Federal Rule of Appellate Procedure 30(b), Defendants-Appellants submit this designation of record. Defendants-Appellants designate the entire district-court record as the record on appeal.

Dated: August 4, 2023          Respectfully submitted,

                               TIM GRIFFIN
                                 Arkansas Attorney General
                               NICHOLAS J. BRONNI
                                 Arkansas Solicitor General
                               DYLAN L. JACOBS
                                 Deputy Solicitor General
                               MICHAEL A. CANTRELL
                                 Assistant Solicitor General
                               OFFICE OF THE ARKANSAS ATTORNEY GENERAL
                                 323 Center Street, Suite 200
                                 Little Rock, AR 72201
                                 (501) 682-2401
                                 Michael.Cantrell@ArkansasAG.gov

                                 *Counsel for Defendants-Appellants*

## CERTIFICATE OF SERVICE

I certify that on August 4, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

/s/ *Michael A. Cantrell*
Michael A. Cantrell