No. 23-2681

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

DYLAN BRANDT, et al.,
Plaintiffs-Appellees,

v.

TIM GRIFFIN, et al.,
Defendants-Appellants.

On Appeal from the United States District Court
for the Eastern District of Arkansas
No. 5:21-CV-450 (Hon. James M. Moody, Jr.)

**Notification of Appendix-Preparation Method**

Pursuant to Federal Rule of Appellate Procedure 30(b) and Eighth Circuit Rule 30A(b), Defendants-Appellants submit this notification of appendix-preparation method.

Defendants-Appellants' counsel has conferred with Plaintiffs-Appellees' counsel to determine the method of appendix preparation, and the parties intend to file a joint appendix in this appeal. *See* Eighth Cir. R. 30A(b)(2).

Dated: August 4, 2023

Respectfully submitted,

TIM GRIFFIN
  Arkansas Attorney General
NICHOLAS J. BRONNI
  Arkansas Solicitor General
DYLAN L. JACOBS
  Deputy Solicitor General
MICHAEL A. CANTRELL
  Assistant Solicitor General
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-2401
Michael.Cantrell@ArkansasAG.gov

*Counsel for Defendants-Appellants*

## CERTIFICATE OF SERVICE

I certify that on August 4, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

/s/ *Michael A. Cantrell*
Michael A. Cantrell