No. 23-2681

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

DYLAN BRANDT, et al.,
Plaintiffs-Appellees,

v.

TIM GRIFFIN, et al.,
Defendants-Appellants.

On Appeal from the United States District Court
for the Eastern District of Arkansas
No. 5:21-CV-450 (Hon. James M. Moody, Jr.)

**Statement of Issues on Appeal**

Pursuant to Federal Rule of Appellate Procedure 30(b), Defendants-Appellants submit this statement of issues on appeal.

The issues on appeal are whether the district court erred in permanently enjoining Arkansas Act 626 of 2021, the Save Adolescents from Experimentation Act.

Dated: August 4, 2023	Respectfully submitted,

	TIM GRIFFIN
	  Arkansas Attorney General
	NICHOLAS J. BRONNI
	  Arkansas Solicitor General
	DYLAN L. JACOBS
	  Deputy Solicitor General
	MICHAEL A. CANTRELL
	  Assistant Solicitor General
	OFFICE OF THE ARKANSAS ATTORNEY
	GENERAL
	323 Center Street, Suite 200
	Little Rock, AR 72201
	(501) 682-2401
	Michael.Cantrell@ArkansasAG.gov

	*Counsel for Defendants-Appellants*

## CERTIFICATE OF SERVICE

I certify that on August 4, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

/s/ *Michael A. Cantrell*
Michael A. Cantrell