# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2681

Dylan Brandt, by and through his mother Joanna Brandt, et al.

Appellees

v.

Tim Griffin, in his official capacity as the Arkansas Attorney General, et al.

Appellants

___

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:21-cv-00450-JM)

___

**ORDER**

A petition for initial hearing en banc has been filed by the Appellants in the above case. The court requests a response to the petition for initial hearing en banc.

The response is limited to 3900 words, and must contain a word count certificate. The response should be filed electronically by September 21, 2023.

September 11, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
___
/s/ Michael E. Gans