# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Dylan Brandt, et al. vs. Tim Griffin, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 23-2681 **for the following party(s): (please specify)**

See attached list.

☐ Appellant(s) ☐ Petitioner(s) ☑ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Leslie Cooper   s/: Leslie Cooper

Firm Name: American Civil Liberties Union

Business Address: 125 Broad Street, 18th Floor

City/State/Zip: New York, NY 10004

Telephone Number (Area Code): 212-549-2584

Email Address: lcooper@aclu.org

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 09/26/2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

# List of Parties Whom Counsel Represents

1. Dylan Brandt, by and through his mother, Joanna Brandt
2. Joanna Brandt
3. Sabrina Jennen, by and through her parents, Lacey and Aaron Jennen
4. Lacey Jennen
5. Aaron Jennen
6. Brooke Dennis, by and through her parents, Amanda and Shayne Dennis
7. Amanda Dennis
8. Shayne Dennis
9. Parker Saxton, by and through his father, Donnie Saxton
10. Donnie Saxton
11. Michele Hutchison, on behalf of herself and her patients
12. Kathryn Stambough, on behalf of herself and her patients