# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2681

Dylan Brandt, by and through his mother Joanna Brandt, et al.

Appellees

v.

Tim Griffin, in his official capacity as the Arkansas Attorney General, et al.

Appellants

------------------------------

State of Missouri, et al.

Amici on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:21-cv-00450-JM)
_____

**ORDER**

The petition for initial hearing en banc is granted. Judge Shepherd did not participate in the consideration or decision of this matter. Appellants's brief and appendix are due November 6, 2023. Once the briefs have been filed, counsel shall provide 30 copies of the brief and 11 copies of the appendix.

October 06, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans