# United States Court of Appeals
## For The Eighth Circuit

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

| | |
|---|---|
| **TO:** | Mr. Dylan L. Jacobs |
| **cc:** | Mr. Garrard R. Beeney |
| | Mr. Nicholas J. Bronni |
| | Mr. Michael A. Cantrell |
| | Ms. Leslie Cooper |
| | Mr. Joshua Divine |
| | Ms. Sharon Elizabeth Echols |
| | Mr. James D. Esseks |
| | Ms. Sarah C. Everett |
| | Ms. Lauren Maisel Goldsmith |
| | Mr. Aviv S. Halpern |
| | Mr. Alexander S. Holland |
| | Mr. Peter Drake Mann |
| | Mx. Maxime D. Matthew |
| | Mr. Li Nowlin-Sohl |
| | Ms. Laura Kabler Oswell |
| | Mr. Daniel J. Richardson |
| | Mr. Chase B. Strangio |
| | Ms. Hannah Lorraine Templin |
| | Mr. Christopher L. Travis |
| | Mr. Breean Walas |
| **FROM:** | Clifford R. Jackson |
| **DATE:** | November 07, 2023 |
| **RE:** | 23-2681 Dylan Brandt, et al v. Tim Griffin, et al |

    Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiency shown below. Your brief cannot be filed until the defect is corrected. Please correct the defect within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

   __X__   REFERENCES TO THE RECORD. See 8th Cir. R. 28A(j)
          __x__   Please include an accompanying appendix and district court docket citation for the references to the addendum. If you are referencing the trial transcripts, you may cite directly to the transcripts, but you'll want to specify the volume of the transcript.

Again, your brief cannot be filed until you correct the defect. Failure to correct may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.