# EIGHTH CIRCUIT COURT OF APPEALS

## SPECIAL NOTICE OF APPEARANCE FORM
Supervising Attorney and Law Student

Dylan Brandt, et al v. Tim Griffin, et al _____    23-02681 _____
**Title of Action**    **Case Docket No.**

Please be advised that Steven J. Alagna _____ appears as attorney for

Human Rights Campaign Foundation _____ and is acting as supervising attorney for

Kay Groneck _____, a law student who satisfies the requirements for student practice under 8th Cir. R. 46B.

The supervising attorney and the law student have read and agree to abide by 8th Cir. R 46B governing student practice.

s/ /s/ Steven J. Alagna    12/11/2023      s/ K. Cvr (signature)
**Supervising Attorney**    **Date**      **Law Student**    **Date**

**Address and Phone**    **Address and Phone**

One Brookings Drive, MSC 1120-250-102    One Brookings Drive, MSC 1120-250-102

St. Louis, MO 63130    (314) 935-7238    St. Louis, MO 63130    (314) 935-7238

**Law School Name and Address**

Washington University School of Law

One Brookings Drive,

St. Louis, MO 63130

### Client Consent

I authorize Kay Groneck _____, who is being supervised by my attorney, Steven J. Alagna _____, to appear in court and other proceedings on my behalf and to prepare documents on my behalf. My attorney must be present when the law student appears in court.

DocuSigned by: Herrin Hopper    12/11/2023 | 4:44 EST
24A81F4000E0439...
**Client** Assistant Corporate Secretary    **Date**

**Address** 1640 Rhode Island Ave, NW

Washington, DC 20036

# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF QUALIFIED LAW STUDENT

### CERTIFICATION BY DEAN OF LAW SCHOOL APPROVED BY THE AMERICAN BAR ASSOCIATION

Appeal No. & Caption: Bradt, et al. v. Griffin, et al., 23-2681

I, _Elizabeth Walsh_, Dean of Washington University School of Law in St. Louis, a law school approved by the American Bar Association, do hereby certify that Kay Groneck is a duly enrolled student of good moral character and competent legal ability who, having completed legal studies equivalent to at least three semesters, is adequately trained to practice under the rules of the Court.

_____  
Signature of Dean

12/18/2023  
Date

# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
# APPEARANCE OF QUALIFIED LAW STUDENT

## CERTIFICATION AND STATEMENT OF COMPLIANCE BY LAW STUDENT

Appeal No. & Caption: Brandt, et al. v. Griffin, et al., 23-2681

I, __Kay Groneck__, hereby state that I have read, and agree to abide by, the rules of the Court, all applicable federal rules of practice, and the Rules of Professional Conduct in force in the state in which my law school is located. I further state, in accordance with Local Rule 46B(b)(1), that I will neither ask for nor receive compensation or remuneration from the person on whose behalf I am rendering services.

_/s/ K. G._____      1/10/24
Signature of Student                                        Date

_/s/ Stoney J. Magna_____      01/10/2024
Signature of Supervising Attorney                Date