# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2681

Dylan Brandt, by and through his mother Joanna Brandt, et al.

Appellees

v.

Tim Griffin, in his official capacity as the Arkansas Attorney General, et al.

Appellants

------------------------------

State of Missouri, et al.

Amici on Behalf of Appellant(s)

Biomedical Ethics and Public Health Scholars, et al.

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:21-cv-00450-JM)

---

**ORDER**

The motion of the United States to participate in oral argument has been considered by the court and is granted. The United States may share the 20 minutes of argument time that has been allocated to the appellee(s).

March 18, 2024

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
 /s/ Michael E. Gans