IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No. 23-2681

DYLAN BRANDT, et al.,

Plaintiffs-Appellees

v.

TIM GRIFFIN, et al.,

Defendants-Appellants

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

_____

NOTICE OF WITHDRAWAL OF THE UNITED STATES'
BRIEF AS AMICUS CURIAE

_____

After the change in Administrations, the United States is hereby

withdrawing its brief as amicus curiae, filed on December 14, 2023.

Respectfully submitted,

MAC WARNER
 Deputy Assistant Attorney General

s/ Sydney A.R. Foster
SYDNEY A.R. FOSTER
 Attorney
 Department of Justice
 Civil Rights Division
 Appellate Section
 Ben Franklin Station
 P.O. Box 14403
 Washington, D.C.  20044-4403
 (202) 305-5941